**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
<u>**BUFFALO DIVISION**</u>

| | |
|---|---|
| LISA CARMONA<br><br>          Plaintiff,<br><br>     -against-<br><br>ADMIN RECOVERY, LLC,<br><br>          Defendant. | Case 1:16-cv-00037 |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

  Plaintiff, LISA CARMONA, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ADMIN RECOVERY, LLC.

DATED: March 4, 2016         RESPECTFULLY SUBMITTED,

                             By:<u>/s/ Shireen Hormozdi                </u>
                             Shireen Hormozdi
                             Hormozdi Law Firm, LLC
                             1770 Indian Trail Lilburn Road, Suite 175
                             Norcross, GA 30093
                             Tel: 678-395-7795
                             Fax: 866-929-2434
                             E-mail: shireen@norcrosslawfirm.com
                             Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On March 4, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense counsel, John Touhey, at jtouhey@adminrecovery.com.

                                        By:/s/ Shireen Hormozdi
                                             Shireen Hormozdi